IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:21-CR- 240 |
| | § | Judge Mazzant |
| TOMAS RODRIGUEZ | § | |
| | § | |

**FILED**

AUG 1 2 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

**INDICTMENT**

The United States Grand Jury Charges:

**COUNT ONE**

Violation: 18 U.S.C. § 922(a)(6)
(Acquiring a Firearm from FFL by
False Statement)

On or about the 27th day of August, 2020, in the Eastern District of Texas, the defendant, TOMAS RODRIGUEZ, in connection with the acquisition of a firearm, specifically a Ruger 57, 5.7 caliber pistol, bearing serial number 641-51107, from Scheels, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Scheels, which was intended and likely to deceive Scheels as to a fact material to the lawfulness of such sale or acquisition of the said firearms to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that that he was the actual buyer of the firearms indicated on the Form 4473, when in fact as the

defendant then knew, he was not the actual buyer of the firearms; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO

<u>Violation:</u>18 U.S.C. § 922(a)(1)(A)
(Engaging in the Business Without
a License Firearms)

From on or about the 1st day of August 2019 and continuing up to and including the date of the filing of this Indictment, in the Eastern District of Texas and elsewhere, the defendant, TOMAS RODRIGUEZ, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

<u>Criminal Forfeiture Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).</u>

As a result of committing the felony offenses alleged in Counts One and Two of this Indictment, defendant, TOMAS RODRIGUEZ, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), and 28 U.S.C § 2461(c), **all** firearms and ammunition involved in the offense, including but not limited to the following:

1. Rock Island Armory, 1911A1, 10 mm pistol, S/N RIA2277206
2. Glock, 43x, 9 mm pistol, S/N BSDY372
3. Any ammunition related to the case

Respectfully Submitted,

A TRUE BILL

_____
GRAND JURY FOREPERSON

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

_____
MATTHEW T. JOHNSON
Assistant United States Attorney

Date: __8/12/21_____

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:21-CR- |
| | § | Judge |
| TOMAS RODRIGUEZ | § | |

**NOTICE OF PENALTY**

**Count One**

Violation:        18 U.S.C. § 922(a)(6)

Penalty:          Imprisonment of not more than ten years, a fine not to exceed
                  $250,000, or both; a term of supervised release of not more
                  than three years.

Special Assessment: $ 100.00

**Count Two**

Violation:        18 U.S.C. § 922(a)(1)(A)

Penalty:          Imprisonment of not more than five years, a fine not to
                  exceed $250,000, or both; a term of supervised release of not
                  more than three years.

Special Assessment: $ 100.00